■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN ALOI, Appellant. (Appeal No. 2.) [910 NYS2d 394]— Appeal from a resentence of the Cattaraugus County Court (Larry M. Himelein, J.), rendered May 12, 2009. Defendant was resentenced upon his conviction of unlawful imprisonment in the

first degree and attempted criminal possession of a weapon in the third degree.

It is hereby ordered that said appeal is unanimously dismissed.

Same memorandum as in *People v Aloi* (78 AD3d 1546 [2010] [decided herewith]). Present—Smith, J.P., Lindley, Sconiers, Pine and Gorski, JJ.